KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

> 450 Golden Gate Avenue, P.O. Box 36055
> San Francisco, California 94102-3495
> Telephone:    (415) 436-6813
> Facsimile:    (415) 436-6748
> Email:        andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNIE SMITH,               ) | Case No. C05-01683 JSW |
|                 Plaintiff,   ) | **E-FILING CASE** |
|          v.              ) | **STIPULATION REGARDING RULE 35 EXAMINATION** |
| DONALD RUMSFELD, Secretary of the   ) Department of Defense         ) | |
|               Defendant.   ) | |

The parties, by and through their respective counsel stipulate that a psychiatric examination pursuant to Fed. Rule of Civil Procedure 35 take place on April 19, 2006 with Dr. Stephen Raffle, M.D. under the following conditions:

1.  Plaintiff may tape record the interview.

2.   Defendant's expert will preserve all test data and test scores, including scales.

3.  Defendant's expert will provide the raw test data and test scores, including scales, to Plaintiff's designated physician or psychologist upon request.

4. Plaintiff's examination will not exceed 7 hours, including the interview and testing; and plaintiff will make a good faith effort regarding the testing.

///

///

///

5. The IME will be conducted on April 19, 2006, which plaintiff has previously indicated is a convenient date for her.


DATED: April 14, 2006                    Respectfully submitted,

                                         KEVIN V. RYAN
                                         United States Attorney


                                         _____/s/_____
                                         ANDREW Y.S. CHENG
                                         Assistant United States Attorney


DATED: April 14, 2006                    _____/s/_____
                                         HOWARD MOORE, JR.
                                         Attorney for Plaintiff Jeannie Smith



PURSUANT TO THE ABOVE TERMS ABOVE, IT IS SO ORDERED.



DATE:    April 17, 2006                  _____
                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE