KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, P.O. Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:      andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNIE SMITH,<br><br>                Plaintiff,<br><br>   v.<br><br>DONALD RUMSFELD, Secretary of the Department of Defense;<br><br>               Defendant. | Case No. C05-01683 JSW<br>**E-FILING CASE**<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT AND ALL PARTIES IN THIS ACTION:**

      Please take notice that the above-captioned action has settled. The parties will be filing a stipulation and agreement of compromise and settlement and proposed order for the Court's approval no later than September 1, 2006.

///

///

///

///

///

///

///

1  The parties request that all currently scheduled dates be taken off calendar and that the Court set a protective hearing date of **October 23, 2006** should the dismissal not be filed by that date.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: July 27, 2006

_____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney
Attorneys for Federal Defendant

The Court shall conduct a status conference on October 27, 2006 at 1:30 p.m. should the dismissal not be filed before that date.

Dated: July 28, 2006

*Jeffrey S. White*

UNITED STATES DISTRICT COURT

NOTICE OF SETTLEMENT,
C05-01683 JSW                        2