KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, P.O. Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6813
    Facsimile:  (415) 436-6748
    Email:  andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNIE SMITH,<br><br>            Plaintiff,<br><br>   v.<br><br>DONALD RUMSFELD, Secretary of the Department of Defense;<br><br>            Defendant. | Case No. C05-01683 JSW<br>**E-FILING CASE**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

    The parties, by and through their respective counsel, hereby stipulate to dismiss this action with prejudice, upon the terms set forth in the Agreement of Compromise and Settlement executed by the parties. Each party is to bear its own attorney's fees and costs.

Dated: 8-1-2006     By: _/s/ Howard Moore, Jr._
                                HOWARD MOORE, JR.
                                Attorney for Plaintiff

                                KEVIN V. RYAN
                                United States Attorney

Dated: 8/2/2006     By: _/s/ Andrew Y.S. Cheng_
                                ANDREW Y.S. CHENG
                                Assistant United States Attorney
                                Attorneys for the Federal Defendant

PURSUANT TO THE STIPULATION AND AGREEMENT,

APPROVED AND SO ORDERED:

Dated: August 3, 2006

JEFFREY S. WHITE
United States District Judge

STIPULATION OF DISMISSAL,
C05-01683 JSW                              2